IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                  No. 3:13-cr-30177-DRH

DAMON PRUITT,

Defendant.

### ORDER VACATING AND AMDENDING ORDER TO CONTINUE (DOC. 20)

**HERNDON, Chief Judge:**

Now before the Court is defendant Damon Pruitt's September 26, 2013, motion to continue trial setting of October 7, 2013 (Doc. 19). Defendant indicates a need for additional time to resolve various pretrial issues. The government does not object to a continuance. The Court being fully advised in the premises finds counsel and defendant require additional time to prepare an adequate defense. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, the Court **GRANTS** defendant's September 26, 2013, motion to continue trial setting of October 7, 2013 (Doc. 19). The Court **CONTINUES** the jury trial scheduled for October 7, 2013, to **Monday, November 18, 2013 at 9:00 a.m.** The time from the date the original motion was filed, September 26,

2013, until the date to which the trial is rescheduled, **November 18, 2013**, is excludable time for the purposes of speedy trial.

Finally, should any party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance. Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 1st day of October, 2013.

Digitally signed by David R. Herndon
Date: 2013.10.01 09:54:56 -05'00'

**Chief Judge
United States District Court**